The proper construction is put on the point in the opinion refusing a new trial : " If upon a practical confession of guilt the court is to charge the jury in the mode requested, it would, in effect, be an intimation to the jury that they had the power in violation of their sworn duty to find a verdict contrary to the truth. That the jury has the power to abuse its function is true, but that a court should be held to charge it to that effect on the ground that it is the defendants' right, is in our opinion a proposition not only untenable, but shocking to the moral sense." In the light of the defendants' testimony the answer to this point was correct.

The assignments of error are overruled, the judgment is affirmed, and the record remitted to the court below that the sentence of the court may be carried into effect.

---

## Commonwealth *v.* Di Silvestro, Appellant (No. 2).

Argued April 18, 1906. Appeal, No. 254, Oct. T., 1905, by defendant, from judgment of Q. S. Phila. Co., Oct. T., 1905, No. 410, on verdict of guilty in case of Commonwealth v. Joseph Di Silvestro. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY and HEAD, JJ. Affirmed.

OPINION BY ORLADY, J., October 5, 1906 :

For reasons given in an opinion filed herewith in Commonwealth v. Giovanni Di Silvestro and Joseph Di Silvestro, ante, p. 537, the assignments of error are overruled and the judgment affirmed, the record to be remitted to the court below that the sentence of the court may be carried into effect.

---

## Commonwealth *v.* Di Silvestro, Appellant (No. 3).

Argued April 18, 1906. Appeal, No. 255, Oct. T., 1905, by defendant, from judgment of Q. S. Phila. Co., Oct. T., 1905, No. 413, on verdict of guilty in case of Commonwealth v. Giovanni Di Silvestro. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY and HEAD, JJ. Affirmed.

OPINION BY ORLADY, J., October 5, 1906 :

For reasons given in an opinion filed herewith in Commonwealth v. Giovanni Di Silvestro and Joseph Di Silvestro, ante, p. 537, the assignments of error are overruled and the judgment is affirmed, the record to be remitted to the court below in order that the sentence of the court may be carried into effect.

---

## Commonwealth *v.* Tresca, Appellant.

Argued April 18, 1906. Appeal, No. 256, Oct. T., 1905, by defendant, from judgment of Q. S. Phila. Co., Oct. T., 1905, No. 417, on verdict of guilty in case of Commonwealth v. Carlo Tresca. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY and HEAD, JJ. Affirmed.

OPINION BY ORLADY, J., October 5, 1906 :

For reasons given in an opinion filed herewith in Commonwealth v. Giovanni Di Silvestro and Joseph Di Silvestro, ante, p. 537, the assignments of error are overruled and the judgment is affirmed, the record to be remitted to the court below in order that the sentence of the court may be carried into effect.

---

## McCullough *v.* Kinnan, Appellant.

*Judgment—Opening judgment—Discretion of court—Review.*

On an application to open a judgment, it is proper for the court below to weigh the evidence and to decide according to the preponderance thereof, and the appellate court will not reverse for the exercise of a sound discretion.

Argued May 8, 1906. Appeal, No. 82, April T., 1906, by defendant, from order of C. P. Indiana Co., Dec. T., 1904, No. 268, refusing to open a judgment in case of S. I. McCul-